# JEWELRY INVENTORY

**DEBTOR:** <u>George De Armas</u>

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| 1 | Wedding Band | 14K | $20 |
| | Fantasy/Costume | | |
| | Other | | |
| | | | |
| 1 | **Watch(es)** | Model: SEIKO DIVE WATCH | $200 |
| | | Model: | |
| | | Model: | |

☐ Debtor's Total Value of Jewelry         $ 220
☐ Goods Secured by Liens with Creditor(s) _____    $ _____
☐ Debtor owns no Jewelry                  $ _____

Debtor/Spouse Initials: _____

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

# ELECTRONICS INVENTORY

**Debtor(s) name(s):** George De Armas

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 300 |
| DVD/Blue ray | | |
| Stereo | | |
| Surround Sound | | |

| Computers | | |
|---|---|---|
| Item | Quantity | $ |
| Laptop | 1 | 700 |
| Ipad | 1 | 200 |
| Computer Monitor | | |
| Printer/fax | | |
| TV | | |
| scanner | | |
| Surround Sound | | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Musical instruments | | |
| Cell phones | 1 | 100 |
| Karaoke Machine | | |
| Gaming Systems | | |
| Games | | |
| Gaming System Accessories | | |
| Cameras | 1 | 300 |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| DVD/Blue ray | | |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| DVD/Blue ray | | |
| Surround Sound | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| DVD/Blue ray | | |
| Surround Sound | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| VCR/DVD | | |
| Surround Sound | | |

[x] **Total Value of Electronics:**  $ 1600

[ ] Goods secured by liens with creditors: _____  $ 0
   $ .
   $
   $

[ ] **Total Value of Unsecured Electronics:**   $ 1600

[x] Joint with [x] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 800

[ ] Debtor owns no electronics __

Debtor'(s) initials: _____

S:\staff\MAR\CH 7\SIGNING PACKET\10-Electronics Inventory.doc

# FURNITURE INVENTORY

**Debtor(s) name(s):** <u>George De Armas</u>

### Living Room

| Item | Quantity | $ |
|---|---|---|
| Sofa/Loveseat | 1 | 300 |
| Chairs | | |
| Recliners | | |
| Tables | coffee 1 | 100 |
| Wall Unit | | |

### Dining Room

| Item | Quantity | $ |
|---|---|---|
| Tables | 1 | 200 |
| Chairs | 4 | 200 |
| China Cabinets | 1 | 150 |
| China (sets) | 1 | 150 |

### Family Room

| Item | Quantity | $ |
|---|---|---|
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | | |

### Kitchen

| Item | Quantity | $ |
|---|---|---|
| Refrigerator | RENTING | |
| Stove | | |
| Microwave | | |
| Dishwasher | | |
| Toaster Oven | | |
| Toaster | | |
| Kitchenware | Misc. | TOASTER $50 |

### Miscellaneous items

| Item | Quantity | $ |
|---|---|---|
| Washer | RENTING | |
| Dryer | | |
| Patio set | | |
| BBQ | | |
| Lawnmower | | |
| Decorative Items | Misc. | 40 |

### Master Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | 1 | 200 |
| Dresser/drawers | 1 | 100 |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

### 2nd Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | N/A | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

### 3rd Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | N/A | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

### 4th Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | N/A | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

☒ Total Value of Household Goods: $ 1350

☐ Goods secured by liens with creditors: $ 0

☐ Total Value of Unsecured Household Goods: $ 1350

☒ Joint with ☒ non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 675

☐ Debtor owns no furniture

Debtor'(s) initials: ___

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc