## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In re:

**GEORGE DE ARMAS**,
SSN XXX-XX-0274

Case Number 20-11043-RAM
Chapter 13

Debtor.
_____/

### DEBTOR'S NOTICE OF CONVERSION TO CHAPTER 7

Debtor, **GEORGE DE ARMAS**, by and through undersigned counsel, pursuant to 11 U.S.C. § 1307 and Rule 1017 of the Federal Rules of Bankruptcy Procedure, files this *Notice of Conversion to Chapter 7*.

X_____
George De Armas

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to all parties on the attached services list and via CM/ECF to all parties listed below on March 6, 2020.

- Nancy K. Neidich, Chapter 13 Trustee – e2c8f01@ch13miami.com and ecf2@ch13miami.com
- Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.com
- Casa Financial Holdings, LLC. c/o Roniel Rodriguez IV – ron@rjrfirm.com

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
www.MIAMIBANKRUPTCY.com
Telephone: 305-285-9100

/s/ Timothy S. Kingcade
X  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-11043-RAM<br>Southern District of Florida<br>Miami<br>Fri Mar  6 16:50:57 EST 2020 | Casa Financial Holdings, LLC<br>12555 Biscayne Blvd. #915<br>North Miami, FL 33181-2522 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 3 CI, Inc.<br>19980 SW 78th Place<br>Miami, FL 33189-2181 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Casa Financial Holdings, LLC<br>150 West Flagler Street<br>Suite 1675<br>Miami, FL 33130-1522 |
| Casa Financial Holdings, LLC<br>30 N Gould St<br>Sheridan, WY 82801-6317 | CenterState<br>Cardmember Service<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Elan Cardmember Service<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 | IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Lopefra Corporation<br>7855 NW 29 Street, Suite 182<br>Miami, FL 33122-1119 | Mercy Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | RDG Investments Group, LLC<br>7194 SW 47th Court<br>Miami, FL 33155-4656 | Receivables Management Group<br>2901 University Av<br>Columbus, GA 31907-7606 |

| | | |
|---|---|---|
| Receivables Management Group<br>Attn: Bankruptcy<br>2901 University Ave. Suite #29<br>Columbus, GA 31907-7601 | Rennert Vogel Mandler & Rodriguez, P.A.<br>100 S.E. Second Street, Suite 2900<br>Miami, FL 33131-2119 | Roniel Rodriguez, IV, P.A.<br>Keystone Executive Plaza<br>12555 Biscayne Blvd., 915<br>Miami, FL 33181-2522 |
| Saga Bay SW 78th Place, LLC<br>19980 SW 78th Place<br>Miami, FL 33189-2181 | Sarah Tracy SiglerTrust<br>c/o Beech Hill Adivors<br>8800 Third Avenue<br>New York, NY 10022 | Solar Solutions<br>9048 SW 152 Street<br>Miami, FL 33157-1928 |
| Soneet Kapila, Trustee<br>1000 S. Federal Highway, #200<br>Fort Lauderdale, FL 33316-1237 | Synchrony Bank/Banana Republic<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Banana Republic<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| TD Bank<br>2401 Ponce De Leon Blvd<br>Miami, FL 33134-6016 | TD Bank NA<br>PO Box 100290<br>Columbia, SC 29202-3290 | Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 |
| George De Armas<br>2451 Brickell Ave #19-R<br>Miami, FL 33129-2471 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Department of the Treasury<br>Po Box 21126<br>Philadelphia, PA 19114 |
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45