## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In re: **George De Armas**                          Case Number: 20-11043-RAM
                                                     Chapter 7

                    Debtor(s)
_____/

## NOTICE OF CHANGED CIRCUMSTANCES, PROPERTY NO LONGER IN DEBTOR(S) POSSESSION, AND RULE 1019 REPORT OF CHAPTER 13 DEBTOR(S) <u>CONVERTING TO CHAPTER 7</u>

Debtor(s), by and through the undersigned counsel, and pursuant to 11 U.S.C. 348 and Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby file(s) this *Notice of Changed Circumstance of Chapter 13 Debtor Converting to Chapter 7*, and states as follows:

☐ Debtor(s) income as reflected in Schedule I of the Chapter 13 petition decreased and Debtor is unable to continue to fund the Chapter 13 Plan because:
    ☐ Loss of job for a period
    ☐ Decrease in monthly disposable income
    ☐ Increase in monthly expenses

☒ Debtor(s) was unable to financially continue funding his/her Chapter 13 Plan because:
    ☐ POC filed by creditor made Chapter 13 Plan not feasible
    ☒ Other:   <u>Debtor and his spouse separated.</u>

☐ Debtor(s) Chapter 13 Plan sought to cure the arrearages of Debtor(s)' homestead and Debtor sought and obtained Mortgage Modification:
    ☐ Sell his/her Debtor's Homestead property; or
    ☐ *MMM was not approved in a Ch 13*

☐ Other: _____

Debtor(s) is/are no longer in possession of the real and/or personal property listed in the following schedules:

    ☐ Schedule A: _____

    ☐ Schedule B: **_____**

Page 2.                                    In re:  **Geroge De Armans**
                                           Case No.  20-11043-RAM

## SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND PRECONVERSION (RULE 1019 REPORT)

Debtor(s), by and through the undersigned counsel, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby files this *Schedule of Unpaid Debts Incurred Post-Petition and Pre-Conversion (Rule 1019 Report)*, and states:

| Creditors Name and Mailing Address | codebtor | Consideration for Claim | contingent | unliquidated | disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| NONE. | | | | | | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to all parties on the attached services list and via CM/ECF to all parties listed below on March 4, 2020.

- Nancy K. Neidich, Chapter 13 Trustee – e2c8f01@ch13miami.com and ecf2@ch13miami.com
- Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.com
- Casa Financial Holdings, LLC. c/o Roniel Rodriguez IV – ron@rjrfirm.com
- Robert A. Angueira, Chapter 7 Trustee

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way • Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 • Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163

S:\Forms\Bankruptcy\1019 Report\1019 Report- doc

Label Matrix for local noticing
113C-1
Case 20-11043-RAM
Southern District of Florida
Miami
Fri Mar  6 16:50:57 EST 2020

Casa Financial Holdings, LLC
12555 Biscayne Blvd. #915
North Miami, FL 33181-2522

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

3 CI, Inc.
19980 SW 78th Place
Miami, FL 33189-2181

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Casa Financial Holdings, LLC
150 West Flagler Street
Suite 1675
Miami, FL 33130-1522

Casa Financial Holdings, LLC
30 N Gould St
Sheridan, WY 82801-6317

CenterState
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Checksystems
7805 Hudson Rd
Saint Paul, MN 55125-1703

Child Support Enforcemment
PO Box 8030
Tallahassee, FL 32314-8030

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Elan Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

Equifax
Po Box 740241
Atlanta, GA 30374-0241

Experian
Po Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Lopefra Corporation
7855 NW 29 Street, Suite 182
Miami, FL 33122-1119

Mercy Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

RDG Investments Group, LLC
7194 SW 47th Court
Miami, FL 33155-4656

Receivables Management Group
2901 University Av
Columbus, GA 31907-7606

Receivables Management Group
Attn: Bankruptcy
2901 University Ave. Suite #29
Columbus, GA 31907-7601

Rennert Vogel Mandler & Rodriguez, P.A.
100 S.E. Second Street, Suite 2900
Miami, FL 33131-2119

Roniel Rodriguez, IV, P.A.
Keystone Executive Plaza
12555 Biscayne Blvd., 915
Miami, FL 33181-2522

Saga Bay SW 78th Place, LLC
19980 SW 78th Place
Miami, FL 33189-2181

Sarah Tracy SiglerTrust
c/o Beech Hill Adivors
8800 Third Avenue
New York, NY 10022

Solar Solutions
9048 SW 152 Street
Miami, FL 33157-1928

Soneet Kapila, Trustee
1000 S. Federal Highway, #200
Fort Lauderdale, FL 33316-1237

Synchrony Bank/Banana Republic
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Banana Republic
Po Box 965005
Orlando, FL 32896-5005

TD Bank
2401 Ponce De Leon Blvd
Miami, FL 33134-6016

TD Bank NA
PO Box 100290
Columbia, SC 29202-3290

Transunion
Po Box 1000
Chester, PA 19016-1000

George De Armas
2451 Brickell Ave #19-R
Miami, FL 33129-2471

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

Department of the Treasury
Po Box  21126
Philadelphia, PA 19114

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

(d)Discover Financial
Pob 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45